

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00084-CV

Vanessa Jordan **HARWOOD**, William Crosby Harwood, and Donna Harwood,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0134-CV-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

On May 21, 2014, this court dismissed the appeal for want of prosecution because appellants failed to file their brief pursuant to this court's order. On May 27, 2014, appellants filed a document entitled "Motion to Extend Time to File Appellants [sic] Brief." After review of the document, this court has determined that despite the caption of the motion, the motion is, in actuality, a motion for rehearing in which the appellants request that we reconsider our prior dismissal. Having interpreted the motion as a motion for rehearing, we ORDER appellee to file a response to the motion for rehearing on or before June 18, 2014.

The clerk of this court is ordered to serve a copy of this order on all counsel.

It is so **ORDERED** on June 3, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court